# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO RENTERIA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No.  SA-15-CV-777-XR |
| STATE FARM LLOYDS, | § § | |
| *Defendant*. | § § § | |

## TRANSFER ORDER

On this date, the Court considered the status of this case.  Plaintiff, Fernando Renteria, filed this suit in state court in Maverick County, Texas, on July 1, 2015.  Defendants removed the action on September 4, 2015 to the United States District Court for the Western District of Texas, San Antonio division, on the basis of diversity jurisdiction.

"A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending ...." 28 U.S.C. § 1446(a); *see also* 28 U.S.C. § 1441 ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  Maverick County is in the Del Rio Division of the Western District of Texas. 28 U.S.C. § 124(d)(1).  Accordingly, removal is proper to that division.

1

In light of the foregoing, this Court hereby TRANSFERS this action to the Del Rio Division of the United States District Court for the Western District of Texas.

SIGNED this 8th day of September, 2015.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE